NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARTIN JOSEPH JONASSEN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> I. JACQUEZ; D. SUH; B. CRAY; Doctor GRASSLEY; COOLEY; WILLIAM LATHROP, Deputy Director; UNITED STATES OF AMERICA; R. BILLS; S. CAMPBELL; S. COOLEY; Mr. POND; K. JOHNSON; J. WRIGHT; A. SMITH; M. MICHAELSON; ANDREW GRASSLOY; RUBIO-NEBAN AYALA; L. FRABONI; M. BLANTON; FCI SHERIDAN, <br><br> Defendants - Appellees. | No. 24-2334 <br><br> D.C. No. 3:23-cv-01010-AN <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
Adrienne C. Nelson, District Judge, Presiding

Submitted October 15, 2025[**]

Before: FRIEDLAND, MILLER, and SANCHEZ, Circuit Judges.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Federal prisoner Martin Joseph Jonassen appeals pro se from the district court's order denying his request to proceed in forma pauperis ("IFP") in his action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have jurisdiction under 28 U.S.C. § 1291. We affirm.

Because Jonassen does not challenge the district court's denial of his request to proceed IFP in his opening brief, we do not address the decision. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief").

All pending motions and requests are denied.

**AFFIRMED.**